IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MOISES ZAMORA,<br><br>                    Defendant. | CR-21-78-GF-BMM<br><br><br>ORDER |

Upon the United Sates' motion, and for good cause shown,

IT IS ORDERED that the indictment and case against Moises Zamora is UNSEALED.

DATED this 29th day of October, 2021.

_____
John Johnston
United States Magistrate Judge

1