# In the United States District Court
# For the District of Montana
# Great Falls Division

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>-vs-<br><br>Moises Zamora,<br><br>Defendant. | Cause No. CR 21-78-GF-BMM<br><br>**ORDER** |

Counsel for Zamora has moved the Court to vacate the current sentencing date in this matter and all related deadlines set forth in this Court's sentencing order. (Dkt. 53). Zamora has absconded from the furlough granted by this Court, a warrant has been issued, (Dkt. 58), but Zamora has yet to be apprehended by the United States Marshals Service.

Until Zamora has been taken into custody and returned to the District of Montana, it will be impossible to comply with Rule 32 of the Federal Rules of Criminal Procedure. Given the circumstances, and no opposition by the Government, this Court will vacate the sentencing

hearing and related dates *sine die*.

DATED this 31st day of October 2022.

_____
Brian Morris, Chief District Judge
United States District Court